# UNITED STATES DISTRICT COURT
# MIDDLE DISRICT OF FLORIDA
# FORT MYERS DIVISON

**LYNETTE ZUAR AND CHARLES ZUAR,**

      Plaintiffs,

VS.

**ALLSTATE INSURANCE COMPANY,**

      **Defendant**.

Case No.: 2:23-cv-00844-SPC-NPM

## JOINT REPORT REGARDING SETTLEMENT

Plaintiffs, Lynette Zuar and Charles Zuar, and Defendant, Allstate Insurance Company, by and through the undersigned counsel, in accordance with this Honorable Court's Hurricane Ian Case Management and Scheduling Order issued on October 10, 2023, Section X(B) [D.E. 4], report that mediation occurred on May 8, 2024 and that the parties have exhausted all settlement efforts.

Dated: May 15, 2024

                              Respectfully Submitted,

                              */s/ John A. Unzicker, Jr.*
                              John A. Unzicker, Jr.
                              FLBA No. 320366
                              Zareen Zaidi
                              FLBA No.1041187
                              NIELSEN & TREAS, LLC
                              3838 North Causeway Blvd.
                              Suite 2850
                              Metairie, Louisiana 70002
                              P: 504-837-2500; F: 504-603-0730

Email: junzicker@nt-lawfirm.com
       zzaidi@nt-lawfirm.com
*Counsel for Defendant, Allstate Insurance Company*


And

<u>/s/ Aaron D. Silvers</u>
George E. Cvejanovich, Esq.
Florida Bar No. 122171
Jeremy T. Schilling, Esq.
Florida Bar No. 0098111
Aaron D. Silvers, Esq.
Florida Bar No. 104811
Schilling & Silvers PLLC
1700 NW 64th St., Suite 460
Fort Lauderdale, Florida 33309
T: 954-712-8877
F: 954-824-2201
Email: jed@@schillingsilvers.com
 tpendergraph@schillingsilvers.com
*Counsel for Plaintiffs, Lynette Zuar and Charles Zuar*