UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISON

| | |
|---|---|
| **LYNETTE ZUAR AND CHARLES ZUAR,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**ALLSTATE INSURANCE COMPANY,**<br><br>    **Defendant**. | Case No.: 2:23-cv-00844-SPC-NPM |

<u>**JOINT NOTICE OF SETTLEMENT**</u>

  Plaintiffs, Lynette Zuar and Charles Zuar and Defendant, Allstate Insurance Company, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected.

Dated: December 17, 2024

                   Respectfully Submitted,

                   <u>*/s/ John A. Unzicker, Jr.*</u>
                   John A. Unzicker, Jr.
                   FLBA No. 320366
                   NIELSEN & TREAS, LLC
                   3838 North Causeway Blvd., Ste 2850
                   Metairie, Louisiana 70002
                   P: 504-837-2500; F: 504-603-0730

Email: junzicker@nt-lawfirm.com
*Counsel for Defendant, Allstate Insurance Company*

And

*/s/ Francisco I. Abad*
Francisco I. Abad
Florida Bar No. 1039319
George E. Cvejanovich, Esq.
Florida Bar No. 122171
Jeremy T. Schilling, Esq.
Florida Bar No. 0098111
Aaron D. Silvers, Esq.
Florida Bar No. 104811
Schilling & Silvers PLLC
1700 NW 64th St., Suite 460
Fort Lauderdale, Florida 33309
T: 954-712-8877
F: 954-824-2201
Email: fabad@schillingsilvers.com
          jed@@schillingsilvers.com
          tpendergraph@schillingsilvers.com
*Counsel for Plaintiffs, Lynette Zuar and Charles Zuar*